**Order entered December 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01603-CV

### IN THE INTEREST OF Z.M.C. AND R.B.C., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-52980-2008**

## ORDER

We **GRANT** appellant's December 16, 2013 "petition to review" the trial court's order sustaining the court reporter's contest to appellant's affidavit of indigence and **ORDER** Sheri J. Vecera, Official Court Reporter for the 199th Judicial District Court, to provide the reporter's record for this appeal without requiring prepayment of costs. *See* TEX. R. APP. P. 20.1(j)(4). The record shall be filed no later than February 15, 2014.

We **DIRECT** the Clerk to send copies of this order to Sheri J. Vecera and all parties.

/Ada Brown/
ADA BROWN
JUSTICE